**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| JEANNIE E. BOUTELLE, | CASE NO. 06-02689 ERW |
| | JUDGE EUGENE R. WEDOFF |
| Debtor | |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE EUGENE R. WEDOFF
       BANKRUPTCY JUDGE

NOW COMES LOUIS W. LEVIT, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on March 17, 2006 and an order for relief under Chapter 7 was entered. Thereafter, LOUIS W. LEVIT was appointed as the Chapter 7 trustee ("Trustee"). The Trustee's case bond is included within the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor's discharge.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of November 25, 2007 is as follows:

   a. RECEIPTS (See Exhibit C)                                       $           12,132.38

   b. DISBURSEMENTS (See Exhibit C)                         $                    0.00

    c. NET CASH available for distribution     $     12,132.38

    d. TRUSTEE/PROFESSIONAL COSTS
       1. Trustee compensation requested (See Exhibit E)     $     1,963.24
       2. Trustee Expenses (See Exhibit E)     $     40.20
       3. Compensation requested by attorney or other professionals for trustee     $     0.00

5. The Bar Date for filing unsecured claims expired on August 11, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims     $     0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims     $     2,003.44

    c. Allowed Chapter 11 Administrative Claims     $     0.00

    d. Allowed priority claims     $     8,001.00

    e. Allowed unsecured claims     $     135,999.82

7. Trustee proposes that unsecured creditors receive a distribution of 1.56% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00.

9. A fee of $3,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: December 3, 2007                    RESPECTFULLY SUBMITTED,


                                                          By:/s/Louis W. Levit, Trustee
                                                           LOUIS W. LEVIT, Trustee
                                                           LOUIS W. LEVIT, P. C,
                                                           555 Skokie Blvd
                                                           SUITE 500
                                                           Northbrook, IL  60062
                                                           Telephone # (847) 897-5710
                                                           Bar Number:  1641107

**EXHIBIT A**

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

     A.     The Trustee investigated the Debtor's interest in certain personal property comprised of artwork, specifically paintings ("Property"); the Trustee learned that the most valuable piece of artwork was sold shortly before the commencement of this case; the Trustee worked with Debtor's counsel and the entity which sold the Property, and procured a turnover of the proceeds from the sale of the Property; thereafter the Trustee recovered gross proceeds of $12,000.00;

     B.     The Trustee prepared semi-annual reports to the United States Trustee's Office;

     C.     The Trustee managed the Estate's cash on hand. This included investing the Estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements;

     D.     The Trustee examined the Debtor's records in an effort to identify additional assets available to the Estate for liquidation and to verify the disposition of assets;

     E.     The Trustee addressed tax issues for the Estate;

     F.     The Trustee reviewed the claims filed in this case, this included analyzing the Debtor's claim for exemption against the Property sold; ultimately, the Trustee determined that the Debtor was not entitled to the claimed exemption and secured a waiver of any claim for exemption against the Property by the Debtor, without the need for any litigation.

# EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

| | |
|---|---|
| TOTAL RECEIPTS | $ 12,132.38 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 50,589.85 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-02689 ERW  
**Case Name:** BOUTELLE, JEANNE E  
BOUTELLE, JEANNIE  
**Period Ending:** 11/25/07

**Trustee:** (330450)   LOUIS W. LEVIT  
**Filed (f) or Converted (c):** 03/17/06 (f)  
**§341(a) Meeting Date:** 05/11/06  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Bank accounts | 700.00 | 0.00 | | 0.00 | FA |
| 3 | Security deposit | 930.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings | 3,569.00 | 0.00 | | 0.00 | FA |
| 5 | Artwork | 15,325.00 | 12,000.00 | | 12,000.00 | FA |
| 6 | Clothing and fur coats | 850.00 | 0.00 | | 0.00 | FA |
| 7 | 2 Bicycles | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 401k | 31,077.15 | 0.00 | | 0.00 | FA |
| 10 | ESOP | 5,796.90 | 0.00 | | 0.00 | FA |
| 11 | PST | 12,315.80 | 0.00 | | 0.00 | FA |
| 12 | Timeshare | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 132.38 | Unknown |
| 13 | **Assets Totals** (Excluding unknown values) | **$70,913.85** | **$12,000.00** | | **$12,132.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-02689 ERW
**Case Name:** BOUTELLE, JEANNE E
BOUTELLE, JEANNIE
**Period Ending:** 11/25/07

**Trustee:** (330450) LOUIS W. LEVIT
**Filed (f) or Converted (c):** 03/17/06 (f)
**§341(a) Meeting Date:** 05/11/06
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   Current Projected Date Of Final Report (TFR):

Printed: 11/25/2007 12:53 PM   V.9.52

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

(See Form 2 attached hereto)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-02689 ERW
**Case Name:** BOUTELLE, JEANNE E
BOUTELLE, JEANNIE
**Taxpayer ID #:** 13-7517625
**Period Ending:** 11/26/07

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*55-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/21/06 | {5} | Susan Sheehan Gallery, Inc | Payment for Painting | 1129-000 | 12,000.00 | | 12,000.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.58 | | 12,001.58 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.16 | | 12,009.74 |
| 06/20/06 | | Chase Bank | ADJUSTMENT | 2990-000 | | -2.72 | 12,012.46 |
| 06/20/06 | | Chase Bank | Backup witholding | 2990-000 | | 2.72 | 12,009.74 |
| 06/30/06 | Int | Chase Bank | INTEREST | 1270-000 | 7.90 | | 12,017.64 |
| 06/30/06 | | Chase Bank | ADJUSTMENT | 2990-000 | | -2.21 | 12,019.85 |
| 06/30/06 | | Chase Bank | Backup Witholding | 2990-000 | | 2.21 | 12,017.64 |
| 07/31/06 | | Chase Bank | ADJUSTMENT | 2990-000 | | -2.28 | 12,019.92 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.16 | | 12,028.08 |
| 07/31/06 | | Chase Bank | Backup Witholding | 2990-000 | | 2.28 | 12,025.80 |
| 08/31/06 | | Chase Bank | ADJUSTMENT | 2990-000 | | -2.29 | 12,028.09 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.17 | | 12,036.26 |
| 08/31/06 | | Chase Bank | Backup Witholding | 2990-000 | | 2.29 | 12,033.97 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.64 | | 12,041.61 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.43 | | 12,050.04 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.91 | | 12,057.95 |
| 12/29/06 | | Chase Bank | ADJUSTMENT | 2990-000 | | -2.14 | 12,060.09 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.65 | | 12,067.74 |
| 12/29/06 | | Chase Bank | Backup witholding | 2990-000 | | 2.14 | 12,065.60 |
| 01/31/07 | | Chase Bank | ADJUSTMENT | 2990-000 | | -2.24 | 12,067.84 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.03 | | 12,075.87 |
| 01/31/07 | | Chase Bank | Backup Witholding | 2990-000 | | 2.24 | 12,073.63 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.01 | | 12,079.64 |
| | | | | **Subtotals :** | **$12,079.64** | **$0.00** | |

{} Asset reference(s)    Printed: 11/26/2007 10:21 AM    V.9.52

**Form 2**
**Cash Receipts And Disbursements Record**

| Case Number: | 06-02689 ERW | | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|---|
| Case Name: | BOUTELLE, JEANNE E | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BOUTELLE, JEANNIE | | | Account: | ***-*****55-65 - Money Market Account |
| Taxpayer ID #: | 13-7517625 | | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/26/07 | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 6.44 | | 12,086.08 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 6.66 | | 12,092.74 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 6.67 | | 12,099.41 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 6.24 | | 12,105.65 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 6.89 | | 12,112.54 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 6.68 | | 12,119.22 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 6.04 | | 12,125.26 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 7.12 | | 12,132.38 |
| | | | **ACCOUNT TOTALS** | | | 12,132.38 | 0.00 | $12,132.38 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 12,132.38 | **0.00** | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$12,132.38** | **$0.00** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-02689 ERW | | **Trustee:** | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | BOUTELLE, JEANNE E | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | BOUTELLE, JEANNIE | | **Account:** | ***-*****55-67 - Money Market Account |
| Taxpayer ID #: | 13-7517625 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| Period Ending: | 11/26/07 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| (No Transactions on File for this Period) | | | | | | | $0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 0.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # ***-*****55-65 | 12,132.38 | 0.00 | 12,132.38 |
| MMA # ***-*****55-67 | 0.00 | 0.00 | 0.00 |
| | $12,132.38 | $0.00 | $12,132.38 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| JEANNE E. BOUTELLE, | CASE NO. 06-02689 ERW |
| | JUDGE EUGENE R. WEDOFF |
| Debtor | |

**PROPOSED DISTRIBUTION REPORT**

I, <u>LOUIS W. LEVIT</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,003.44 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 8,001.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 2,127.94 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 12,132.38 |

**EXHIBIT D**

**DISTRIBUTION REPORT** **PAGE 2**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | 2,003.44 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | Louis W. Levit, Trustee, *Trustee Expenses* | 40.20 | 40.20 |
| | Louis W. Levit, Trustee, *Trustee Compensation* | 1,963.24 | 1,963.24 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

**EXHIBIT D**

**DISTRIBUTION REPORT** **PAGE 3**

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                                              **PAGE 4**

|              |                  | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
|              |                  | TOTAL         $ | 0.00 |

| **10.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL         $ | 0.00 |

| **11.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | 8,001.00 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 5A | Department of the Treasury-Internal Revenue Service–*Claims of Governmental Units* | 8,001.00 | 8,001.00 |
| | | TOTAL         $ | 8,001.00 |

| **12.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL         $ | 0.00 |

| **13.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | | 135,999.82 | 1.56% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 1 | GE Consumer Finance , *General Unsecured Claims* | 2,199.98 | 34.42 |
| 2 | Chase Bank USA, N.A., *General Unsecured Claims* | 17,648.60 | 276.14 |
| 3 | Chase Bank USA, N.A., *General Unsecured Claims* | 14,322.77 | 224.10 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                                         **PAGE 5**

| | | | |
|---|---|---|---|
| 4 | American Express Centurion Bank, *General Unsecured Claims* | 19,594.98 | 306.60 |
| 5 | Department of the Treasury-Internal Revenue Service, *General Unsecured Claims* | 879.36 | 13.76 |
| 6 | Citibank South Dakota NA, *General Unsecured Claims* | 16,481.16 | 257.87 |
| 7 | Citibank South Dakota NA, *General Unsecured Claims* | 17,347.26 | 271.43 |
| 8 | MBNA America Bank NA, *General Unsecured Claims* | 47,525.71 | 743.62 |
| | TOTAL | $135,999.82 | $ 2,127.94 |

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(5) - Interest | 0.00 | 0.00% |

**EXHIBIT D**

Document Page 17 of 17

**DISTRIBUTION REPORT** **PAGE 6**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____    _____
                                    LOUIS W. LEVIT, Trustee

**EXHIBIT D**