**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| JEANNE E. BOUTELLE, | CASE NO. 06-02689 ERW |
| | JUDGE EUGENE R. WEDOFF |
| Debtor | |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To:   Debtor, Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   U.S. BANKRUPTCY COURT
   219 S. Dearborn St., Courtroom 744
   Chicago, IL 60604

   on: **February 12, 2008**              at: **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   a. Receipts                                $    12,132.38
   b. Disbursements                           $         0.00
   c. Net Cash Available for Distribution     $    12,132.38

4.   Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Louis W. Levit, Trustee | 0.00 | $1,963.24 | $40.20 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:  NONE

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,001.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 5A | Dept. of the Treasury-Internal Revenue Service | $  8,001.00 | $  8,001.00 |

7. Claims of general unsecured creditors totaling $135,999.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.56%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | GE Consumer Finance | $ 2,199.98 | $ 34.42 |
| 2 | Chase Bank USA, N.A. | $ 17,648.60 | $ 276.14 |
| 3 | Chase Bank USA, N.A. | $ 14,322.77 | $ 224.10 |
| 4 | American Express Centurion Bank | $ 19,594.98 | $ 306.60 |
| 5 | Department of the Treasury-Internal Revenue Service | $ 879.36 | $ 13.76 |
| 6 | Citibank South Dakota NA | $ 16,481.16 | $ 257.87 |
| 7 | Citibank South Dakota NA | $ 17,347.26 | $ 271.43 |
| 8 | MBNA America Bank NA | $ 47,525.71 | $ 743.62 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: **January 8, 2008**                                       For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   LOUIS W. LEVIT
Address:   LOUIS W. LEVIT, P. C,
           555 Skokie Blvd
           SUITE 500
           Northbrook, IL  60062
Phone No.: (847) 897-5710

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1              User: amcc7                   Page 1 of 1              Date Rcvd: Jan 08, 2008
Case: 06-02689                    Form ID: pdf002               Total Served: 19

The following entities were served by first class mail on Jan 10, 2008.
 db          +Jeanne E Boutelle,    860 N. DeWitt Place,    #1405,    Chicago, IL 60611-5774
 aty         +Julia E Jensen,    Dimonte & Lizak, LLC,    216 West Higgins Road,    Park Ridge, IL 60068-5706
 tr          +Louis W Levit, ESQ,    555 Skokie Boulevard # 500,    Northbrook, IL 60062-2845
10648701      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern, PA 19355-0701
10648702      Bank of America,    P.O. Box 1758,    Newark, NJ 07101-1758
10648703      Care Credit,    GE Money Bank,    P.O. Box 960061,    Orlando, FL 32896-0061
10648704      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
10755934     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10648705      Chase United,    P.O. Box 15153,    Wilmington, DE 19886-5153
10648706     +Citi Bank Checking Plus,    68 East Oak Street,    Chicago, IL 60611-1299
10648707      Citibank South Dakota NA,    Citibank/Choice,    PO Box 6305,    The Lakes, NV 88901-6305
10648708      Citicards,    P.O. Box 688915,    Des Moines, IA 50368-8915
10746481     +GE Consumer Finance,    For GE Money Bank,    dba Care Credit,    PO Box 960061,
               Orlando FL 32896-0061
10648709    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10648711      MBNA America,    P.O. Box 15026,    Wilmington, DE 19850-5026
10648710     +MBNA America Bank NA,    Mailstop DE5-014-02-03,    PO Box 15168,    Wilmington, DE 19850-5168
10648712      Providian,    P.O. Box 660509,    Dallas, TX 75266-0509
10648713     +Realty and Mortgage Company,    928 West Diversey Parkway,    Chicago, IL 60614-1416
10648714      Washington Mutual Card Services,    P.O. Box 660487,    Dallas, TX 75266-0487

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10773271*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2008**        **Signature:**    _Joseph Speetjens_