**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| JEANNE E. BOUTELLE, | CASE NO. 06-02689 ERW |
| | HON. EUGENE R. WEDOFF |
| Debtor | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE EUGENE R. WEDOFF,
      BANKRUPTCY JUDGE


       Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A," and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B."

       All checks have been cashed.   The final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate.

       The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


April 21, 2008                         /s/Louis W. Levit, Trustee
DATE                                   LOUIS W.  LEVIT, TRUSTEE

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| JEANNE E. BOUTELLE, | CASE NO. 06-02689 ERW |
| | JUDGE EUGENE R. WEDOFF |
| Debtor | |

**ORDER AWARDING COMPENSATION AND EXPENSE REIMBURSEMENT
TO LOUIS W. LEVIT, TRUSTEE**

THIS MATTER BEING HEARD on the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Louis W. Levit, Trustee, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the request for compensation and expense reimbursement is allowed as follows:

Louis W. Levit, Trustee
a. Trustee Compensation      $1,963.24
b. Trustee Expenses          $40.20

TOTAL                         $2,003.44

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated: 12 FEB 2008

ENTERED: _____
JUDGE EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| JEANNE E. BOUTELLE, | CASE NO. 06-02689 ERW |
| | JUDGE EUGENE R. WEDOFF |
| Debtor | |

**DISTRIBUTION REPORT**

I, <u>LOUIS W. LEVIT</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,003.44 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 8,001.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 2,147.72 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 12,152.16 |

**DISTRIBUTION REPORT** **PAGE 2**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | Secured Claims | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | 2,003.44 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | Louis W. Levit, Trustee, *Trustee Expenses* | 40.20 | 40.20 |
| | Louis W. Levit, Trustee, *Trustee Compensation* | 1,963.24 | 1,963.24 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

**DISTRIBUTION REPORT**                                               **PAGE 3**

| **5.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| **6.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| **7.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| **8.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| **9.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(7) - Alimony | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |

**DISTRIBUTION REPORT**                                              **PAGE 4**

|   |   | TOTAL | |
|---|---|---|---|
|   |   | TOTAL | $ 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | 8,001.00 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 5A | Department of the Treasury-Internal Revenue Service–*Claims of Governmental Units* | 8,001.00 | 8,001.00 |
| | | TOTAL $ | 8,001.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | | 135,999.82 | 1.59% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 1 | GE Consumer Finance , *General Unsecured Claims* | 2,199.98 | 34.74 |
| 2 | Chase Bank USA, N.A., *General Unsecured Claims* | 17,648.60 | 278.71 |

**DISTRIBUTION REPORT** **PAGE 5**

| | | | |
|---|---|---:|---:|
| 3 | Chase Bank USA, N.A., *General Unsecured Claims* | 14,322.77 | 226.19 |
| 4 | American Express Centurion Bank, *General Unsecured Claims* | 19,594.98 | 309.44 |
| 5 | Department of the Treasury-Internal Revenue Service, *General Unsecured Claims* | 879.36 | 13.89 |
| 6 | Citibank South Dakota NA, *General Unsecured Claims* | 16,481.16 | 260.27 |
| 7 | Citibank South Dakota NA, *General Unsecured Claims* | 17,347.26 | 273.95 |
| 8 | MBNA America Bank NA, *General Unsecured Claims* | 47,525.71 | 750.53 |
| | TOTAL | $135,999.82 | $ 2,147.72 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|

**DISTRIBUTION REPORT** **PAGE 6**

| | | | |
|---|---|---|---|
| §726(a)(5) - Interest | | 0.00 | 0.00% |
| **CLAIM NUMBER** **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| **18.** **TYPE OF CLAIMS** | | | |
| §726(a)(6) - Surplus to Debtor | | 0.00 | 0.00% |
| **CLAIM NUMBER** **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|
| | | | | |

  WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: February 21, 2008            /s/Louis W. Levit, Trustee
                                    LOUIS W. LEVIT, Trustee

**EXHIBIT C**

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-02689 ERW | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | BOUTELLE, JEANNE E | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BOUTELLE, JEANNIE | | Account: | ***-*****55-65 - Money Market Account |
| Taxpayer ID #: | 13-7517625 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/21/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/21/06 | {5} | Susan Sheehan Gallery, Inc | Payment for Painting | 1129-000 | 12,000.00 | | 12,000.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.58 | | 12,001.58 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.16 | | 12,009.74 |
| 06/20/06 | | Chase Bank | ADJUSTMENT | 2990-000 | | -2.72 | 12,012.46 |
| 06/20/06 | | Chase Bank | Backup witholding | 2990-000 | | 2.72 | 12,009.74 |
| 06/30/06 | Int | Chase Bank | INTEREST | 1270-000 | 7.90 | | 12,017.64 |
| 06/30/06 | | Chase Bank | ADJUSTMENT | 2990-000 | | -2.21 | 12,019.85 |
| 06/30/06 | | Chase Bank | Backup Witholding | 2990-000 | | 2.21 | 12,017.64 |
| 07/31/06 | | Chase Bank | ADJUSTMENT | 2990-000 | | -2.28 | 12,019.92 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.16 | | 12,028.08 |
| 07/31/06 | | Chase Bank | Backup Witholding | 2990-000 | | 2.28 | 12,025.80 |
| 08/31/06 | | Chase Bank | ADJUSTMENT | 2990-000 | | -2.29 | 12,028.09 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.17 | | 12,036.26 |
| 08/31/06 | | Chase Bank | Backup Witholding | 2990-000 | | 2.29 | 12,033.97 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.64 | | 12,041.61 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.43 | | 12,050.04 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.91 | | 12,057.95 |
| 12/29/06 | | Chase Bank | ADJUSTMENT | 2990-000 | | -2.14 | 12,060.09 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.65 | | 12,067.74 |
| 12/29/06 | | Chase Bank | Backup witholding | 2990-000 | | 2.14 | 12,065.60 |
| 01/31/07 | | Chase Bank | ADJUSTMENT | 2990-000 | | -2.24 | 12,067.84 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.03 | | 12,075.87 |
| 01/31/07 | | Chase Bank | Backup Witholding | 2990-000 | | 2.24 | 12,073.63 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.01 | | 12,079.64 |
| | | | | Subtotals : | $12,079.64 | $0.00 | |

{} Asset reference(s)     Printed: 04/21/2008 01:36 PM     V.10.03

**Form 2**
**Cash Receipts And Disbursements Record**

| Case Number: | 06-02689 ERW | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | BOUTELLE, JEANNE E | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BOUTELLE, JEANNIE | | Account: | \*\*\*-\*\*\*\*\*55-65 - Money Market Account |
| Taxpayer ID #: | 13-7517625 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/21/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.44 | | 12,086.08 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.66 | | 12,092.74 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.67 | | 12,099.41 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.24 | | 12,105.65 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.89 | | 12,112.54 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.68 | | 12,119.22 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.04 | | 12,125.26 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.12 | | 12,132.38 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 6.31 | | 12,138.69 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 6.18 | | 12,144.87 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 5.55 | | 12,150.42 |
| 02/21/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.3000% | 1270-000 | 1.74 | | 12,152.16 |
| 02/21/08 | | To Account #\*\*\*\*\*\*\*\*5566 | to close account for final distribution | 9999-000 | | 12,152.16 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 12,152.16 | 12,152.16 | $0.00 |
| Less: Bank Transfers | | 0.00 | 12,152.16 | |
| Subtotal | | 12,152.16 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $12,152.16 | $0.00 | |

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-02689 ERW
**Case Name:** BOUTELLE, JEANNE E / BOUTELLE, JEANNIE
**Taxpayer ID #:** 13-7517625
**Period Ending:** 04/21/08

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****55-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/21/08 | | From Account #*********5565 | to close account for final distribution | 9999-000 | 12,152.16 | | 12,152.16 |
| 02/26/08 | 101 | Department of the Treasury-Internal Revenue Service | Dividend paid 100.00% on $8,001.00; Claim# 5A; Filed: $8,001.00; Reference: | 5800-000 | | 8,001.00 | 4,151.16 |
| 02/26/08 | 102 | GE Consumer Finance | Dividend paid 1.57% on $2,199.98; Claim# 1; Filed: $2,199.98; Reference: | 7100-000 | | 34.74 | 4,116.42 |
| 02/26/08 | 103 | Chase Bank USA, N.A. | Dividend paid 1.57% on $17,648.60; Claim# 2; Filed: $17,648.60; Reference: | 7100-000 | | 278.71 | 3,837.71 |
| 02/26/08 | 104 | Chase Bank USA, N.A. | Dividend paid 1.57% on $14,322.77; Claim# 3; Filed: $14,322.77; Reference: | 7100-000 | | 226.19 | 3,611.52 |
| 02/26/08 | 105 | American Express Centurion Bank | Dividend paid 1.57% on $19,594.98; Claim# 4; Filed: $19,594.98; Reference: | 7100-000 | | 309.44 | 3,302.08 |
| 02/26/08 | 106 | Department of the Treasury-Internal Revenue Service | Dividend paid 1.57% on $879.36; Claim# 5; Filed: $879.36; Reference: | 7100-000 | | 13.89 | 3,288.19 |
| 02/26/08 | 107 | Citibank South Dakota NA | Dividend paid 1.57% on $16,481.16; Claim# 6; Filed: $16,481.16; Reference: | 7100-000 | | 260.27 | 3,027.92 |
| 02/26/08 | 108 | Citibank South Dakota NA | Dividend paid 1.57% on $17,347.26; Claim# 7; Filed: $17,347.26; Reference: | 7100-000 | | 273.95 | 2,753.97 |
| 02/26/08 | 109 | MBNA America Bank NA | Dividend paid 1.57% on $47,525.71; Claim# 8; Filed: $47,525.71; Reference: | 7100-000 | | 750.53 | 2,003.44 |
| 02/26/08 | 110 | Louis W. Levit, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,003.44 | 0.00 |
| | | | Dividend paid 100.00% on $1,963.24; Claim# ; Filed: $1,963.24 | 2100-000 | | 1,963.24 | 0.00 |

Subtotals :   $12,152.16   $12,152.16

{} Asset reference(s)                                                    Printed: 04/21/2008 01:36 PM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-02689 ERW
**Case Name:** BOUTELLE, JEANNE E
BOUTELLE, JEANNIE
**Taxpayer ID #:** 13-7517625
**Period Ending:** 04/21/08

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*55-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $40.20; Claim# ; Filed: $40.20 | 2200-000 | | 40.20 | 0.00 |
| | | | | | | | $0.00 |
| | | | **ACCOUNT TOTALS** | | 12,152.16 | 12,152.16 | |
| | | | Less: Bank Transfers | | 12,152.16 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **12,152.16** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$12,152.16** | |

{} Asset reference(s)     Printed: 04/21/2008 01:36 PM     V.10.03

**Form 2**
**Cash Receipts And Disbursements Record**

| Case Number: | 06-02689 ERW | | Trustee: | LOUIS W. LEVIT (330450) |
| Case Name: | BOUTELLE, JEANNE E | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BOUTELLE, JEANNIE | | Account: | ***-*****55-67 - Money Market Account |
| Taxpayer ID #: | 13-7517625 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/21/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

(No Transactions on File for this Period)

|  |  |  |  | | | | $0.00 |

| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|---|
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | MMA # ***-*****55-65 | | 12,152.16 | 0.00 | 0.00 |
| | | | Checking # ***-*****55-66 | | 0.00 | 12,152.16 | 0.00 |
| | | | MMA # ***-*****55-67 | | 0.00 | 0.00 | 0.00 |
| | | | | | **$12,152.16** | **$12,152.16** | **$0.00** |